

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00541-CR

**EX PARTE** Jairo Joel Guevara **LINAREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10455CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

The clerk's record for Kinney County Court Cause No. 104555CR was due on August 30, 2022. On the due date, the Kinney County and District Clerk filed a notification of late record stating that the clerk's record would not be filed until the trial court's certification was received.

We ORDER the trial court to complete and provide to the district clerk a certification regarding the defendant's right to appeal within TWENTY DAYS of the date of this order. *See* TEX. R. APP. P. 34.5(c)(2); *accord Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013) ("Under subsection (c)(2), the appellate court may order the trial court to prepare and file the certification of the defendant's right of appeal, and the trial-court clerk must prepare and file in the appellate court a supplemental record containing the certification.").

The supplemental clerk's record must be filed in this court within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court